FILED

05/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0278



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0278

IN RE THE MARRIAGE OF:

TASHA SQUILLACIOTTI,

     Petitioner and Appellee,

and

BRIAN SQUILLACIOTTI,

    Defendant and Appellant.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: May 1, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court